**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eric Eugene SMALL, Petitioner**

**No. 345 MAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

Whether the Superior Court erred in reversing the PCRA court's grant of a new trial based on after-discovered evidence by finding that Tyson's testimony was merely cumulative and corroborative of the exculpatory evidence presented at Petitioner's trial?

**James G. WAITE**

v.

**CDG PROPERTIES, LLC**

v.

**Lezzer Holdings, Inc., Grandview Management, Inc. and Burnham Farms, LP., Stone Valley Construction, Inc., and Country Cove Condominium Association**

**Petition of: Grandview Management, Inc. and Burnham Farms, LP.**

**No. 295 MAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.